```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant                          OK/HAV
 6  OSCAR PORTILLA-CRUZ

 7

 8                   IN THE UNITED STATES DISTRICT COURT

 9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )  No. CR-S-05-0430 DFL
                                    )
12                 Plaintiff,       )
                                    )  STIPULATION AND [PROPOSED ORDER]
13       v.                         )
                                    )
14  OSCAR PORTILLA-CRUZ,            )  Date: December 1, 2005
                                    )  Time: 10:00 A.M.
15                                  )
                                    )  Judge: Hon. David F. Levi
16                 Defendant.       )
    _____ )
17
```

18     IT IS HEREBY STIPULATED by and between the parties hereto through
19 their respective counsel, MICHAEL BECKWITH, Assistant United States
20 Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal
21 Defender, attorney for defendant, that the current Status Conference
22 date of December 1, 2005 be vacated and a new date of December 13, 2005
23 at 10:00 a.m. be set for status.

24     Defense counsel has reviewed the Pre-Plea Report prepared by
25 United States Probation which was filed on November 28.  The defense
26 has objections to portions of the report and has discussed them with
27 the probation officer.  Some issues are still being resolved and there
28 will be a revised report.  In addition, counsel needs time to discuss

1  the plea offer with the defendant.

2      It is further stipulated and agreed between the parties that the
3  period beginning December 1, 2005 to December 13, 2005, should be
4  excluded in computing the time within which the trial of the above
5  criminal prosecution must commence for purposes of the Speedy Trial Act
6  for defense preparation.  All parties stipulate and agree that this is
7  an appropriate exclusion of time within the meaning of Title 18, United
8  States Code, Section 3161(h)(8)(iv) (Local Code T4).
9  Dated:  November 30, 2005

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender


                                        /s/NED SMOCK
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        OSCAR PORTILLA-CRUZ


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated:  November 30, 2005
                                         /s/ MICHAEL BECKWITH
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney



                                *******
                                 **ORDER**
    **IT IS SO ORDERED.**
DATED: 11/30/2005

                                        /s/ David F. Levi
                                        HONORABLE DAVID F. LEVI
                                        Chief District Court Judge

2